1    Plaintiff's Counsel:
     Jayne Conroy
2    Hanly Conroy Bierstein Sheridan
        Fisher & Hayes LLP
3    112 Madison Avenue
     New York New York  10016-7416
4    (212) 784-6400
     (212) 284-6420 (fax)
5
     -and-
6
     SimmonsCooper LLC
7    707 Berkshire Blvd.
     East Alton, IL  62024
8    (618) 259-2222
     (212) 259-2251 (Fax)
9

10
                           UNITED STATES DISTRICT COURT
11
                          NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

14
     IN RE:  BEXTRA AND CELEBREX          Case No. M:05-CV-01699-CRB
15   MARKETING SALES PRACTICES,
     AND PRODUCT LIABILITY                MDL NO. 1699
16   LITIGATION
                                          **STIPULATION AND ORDER OF DISMISSAL
17   This Document Relates To:           WITH PREJUDICE**

18   *Ballard and Faye Rutherford, et. al., vs.*
     *Pfizer, Inc.,.*
19   *MDL No. 06-5203:* Plaintiff Ballard
     Rutherford and Faye Rutherford
20

21         Come now the Plaintiffs, Ballard Rutherford and Faye Rutherford, and Defendant, Pfizer

22   Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Ballard Rutherford and Faye Rutherford's** action only, with each side bearing its own attorneys' fees and costs.


Dated: _____, 2009                    By:_____
                                                   Jayne Conroy
                                                   **HANLY CONROY BIERSTEIN**
                                                   **SHERIDAN FISHER & HAYES LLP**
                                                   112 Madison Avenue
                                                   New York, New York  10016-7416
                                                   (212) 784-6400
                                                   (212) 784-6420 (Fax)
                                                   Email: jconroy@hanlyconroy.com

                                    -and-

                                                   **SIMMONSCOOPER LLC**
                                                   707 Berkshire Blvd.
                                                   East Alton, IL  62024
                                                   (618) 259-2222
                                                   (618) 259-2251 (Fax)

                                                   *Counsel for Plaintiff.*


Dated: _____ March 11, 2009                      By:_____
                                                   Michelle W. Sadowsky
                                                   **DLA PIPER US LLP**
                                                   1251 Avenue of the Americas
                                                   New York, New York  10020-1104
                                                   (212) 335-4625
                                                   (212) 884-8675 (Fax)

                                                   *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**


Dated: _____ March 30 _____, 2009                By:_____
                                                   United States District Court

STIPULATION OF DISMISSAL WITH PREJUDICE